**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.  1:21-mj-02396-Becerra

**UNITED STATES OF AMERICA**

**v.**

**NELSON GOMEZ CANTERO,**
**CARLOS MANUEL MERO MUNOZ,**
**and DARWIN IVAN CHELE MUNOZ,**

      **Defendants,**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?      ___Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   ___Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:

Frederic C. Shadley
Assistant United States Attorney
Court ID No. A5502298
11200 N.W. 20th Street
Miami, Florida 33172
(305) 715-7649
(305) 715-7639 (fax)
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| NELSON GOMEZ CANTERO, | ) Case No. 1:21-mj-02396-Becerra |
| CARLOS MANUEL MERO MUNOZ, | ) |
| and DARWIN IVAN CHELE MUNOZ, | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __February 1, 2021__ , upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Nick Rahmer
*Printed name and title*

Attested to in accordance with the requirements
of Federal Rule of Criminal Procedure 4.1 by __Telephone__

Date: __March 5, 2021__

_____
*Judge's signature*

City and state:  Miami, Florida

Hon. Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Nicholas Rahmer, being duly sworn, hereby depose and state the following:

1.        I am currently assigned as a Special Agent with the Federal Bureau of Investigation (FBI) in Miami, Florida and have been employed as such since July 2017. Prior to becoming an FBI Agent, I worked as a Police Officer with the St. Cloud Police Department in Florida for 10 years. I have worked in law enforcement for a total of 14 years. My official FBI duties include investigating criminal violations of federal narcotics laws. I have also been involved in various types of visual and electronic surveillances, and I have been involved in the debriefing of defendants, witnesses, informants, and others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from drug trafficking.  I am familiar with the ways in which drug traffickers conduct their business, including but not limited to their methods of importing and distributing narcotics.  As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21 and 46 of the United States Code.

2.        This Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint against NELSON GOMEZ CANTERO, CARLOS MANUEL MERO MUNOZ, and DARWIN IVAN CHELE MUNOZ, for knowingly and willfully conspiring to possess with intent to distribute five kilograms of cocaine or more while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3.        On or about February 1, 2021, while on routine patrol, a United States Coast Guard Cutter (USCGC) BERTHOLF (BRT) detected a Low-Profile Vessel (LPV) approximately 500

nautical miles southwest of Mexico in international waters. The vessel was suspected of being without nationality, it displayed no indicia of nationality, and it was located in international waters. Upon approach of the LPV, it was determined that the vessel was disabled with three crew members inside.

4.     The three crew members were removed from the vessel for officer safety. The boarding team identified the crew members as NELSON GOMEZ CANTERO, CARLOS MANUEL MERO MUNOZ and DARWIN IVAN CHELE MUNOZ. The boarding team requested that the master of the vessel identify their last port call, and one of the Defendants responded that it was Turbo, Colombia. The Coast Guard thereafter enacted the US/Colombia bilateral treaty and forms exchange. Colombia could not confirm or deny the nationality of the vessel, and the Coast Guard was therefore authorized to treat the vessel as a vessel without nationality, and to conduct a full law enforcement boarding.

5.     The Coast Guard boarding team opened a hatch in the top deck of the vessel and discovered packages consistent with contraband in the cargo hold. The packages were field tested, and returned a positive test for cocaine. In total, the Coast Guard recovered 60 bales of cocaine from the vessel, and the cocaine weighed approximately 1,197 kilograms.

6.     The Coast Guard subsequently detained all individuals who were on board the LPV. One individual claimed Colombian Nationality, and the other two claimed Ecuadorian nationality. All three are currently en-route to the San Diego, California. They are expected to arrive in San Diego, California on or about March 9, 2021. At that point, they will be transferred to the custody of United States law enforcement.

7.     Based on the foregoing facts, I submit that probable cause exists to believe that

2

NELSON GOMEZ CANTERO, CARLOS MANUEL MERO MUNOZ and DARWIN IVAN CHELE MUNOZ, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute five kilograms or more of cocaine, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b)

**FURTHER YOUR AFFIANT SAYETH NAUGHT**.

Nicholas Rahmer
Special Agent
Federal Bureau of Investigation

Attested to in accordance with the requirements of
Federal Rule of Criminal Procedure 4.1 by _Telephone_

This _5th_ day of March 2021.

Hon. Jacqueline Becerra
U.S. Magistrate Judge

3